UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RILEY WALKER,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>              Defendant. | CASE NO. 3:15-cv-05252 RAJ JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

      This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration (Dkt. 52).

      Based on the stipulation of the parties and the relevant record, the undersigned recommends that the Court grant defendant's motion and ORDER that the above-captioned case

1  be REVERSED and REMANDED for further administrative proceedings pursuant to sentence
2  four of 42 U.S.C. § 405(g).

3      Following remand, the Appeals Council should instruct the Administrative Law Judge to
4  (1) reevaluate Walker's residual functional capacity; and (2) reevaluate steps four and five with
5  the assistance of a vocational expert, if necessary.

6      This remand shall be made pursuant to sentence four of 42 U.S.C. § 405(g).  Following
7  proper request to this Court, plaintiff may be entitled to reasonable attorney fees, expenses, and
8  costs pursuant to 28 U.S.C. § 2412(d).

9      Given the facts and the parties' stipulation, the Court recommends that the District Judge
10 immediately approve this Report and Recommendation and order the case be **REVERSED** and
11 **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

12     Dated this 30th day of August, 2016.

J. Richard Creatura
United States Magistrate Judge