UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RILEY WALKER,

          Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

          Defendant.

CASE NO. 3:15-cv-05252 RAJ

ORDER ADOPTING REPORT AND RECOMMENDATION (PROPOSED)

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF No. 52), and the relevant record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration; and

    (3)    The Clerk is directed to enter Judgment and close this case.

Dated this 21st day of September, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge