UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RILEY WALKER,<br><br>                   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security Administration,<br><br>                   Defendant. | No. C15-5252-RAJ<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED that Plaintiff is awarded $12,500.00 in attorney fees pursuant to the Equal Access to Justice Act [EAJA], 28. U.S.C. § 2412 and $400.00 in costs for the filing fee, pursuant to 28 U.S.C. § 1920. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586, 130 S.Ct. 2521, 177 L.Ed2d 91

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

(2010), payment of this award shall be made to Plaintiff's attorney, William Rutzick, of Schroeter, Goldmark & Bender.

DONE this 19th day of December, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305